1 | MR. Aaron L. Cooper E-28703
2 | K.V.S.P. - ASU 2-159
3 | P.O. Box 5102
4 | Delano, Ca. 93216
5 | In Pro-Per

UNITED STATES DISTRICT COURT for the
NORTHERN DISTRICT of CALIFORNIA

Aaron L. Cooper E-28703
    Plantiff
V
Jeanne S. Woodford Dir. C.D.C.R.
    Respondent

Case # CV. 08-1516 SI

MOTION - REQUEST TO RECUSE ENTIRE OFFICE OF THE ATTORNEY GENERAL

FILED 08 APR -9 PM 4:58 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## INTRODUCTION.

I, Aaron L. Cooper is the Plantiff in the above title Case number in Habeas Corpus Presently before this court.

This Matter has been litigated since 1995/1996 conviction and sentence and 2004 Reversal and Retrial.

The litigation thus far has been without counsel on Habeas State Proceedings.

Plantiff served by Mail the Director of C.D.C.R. with the current Habeas Corpus under the above case number CV 08-1516 SI

Plantiff is in the custody of the Director of C.D.C.R. serving the current illegally sentence and conviction levied by Alameda County Superior Court and California Court of Appeals.

## ARGUMENT

Plantiff presents this as his Affidavit showing/

claiming bias by the Office of the Attorney General.

First and possibly the most important fact is that the Habeas Corpus proceedings are now in the Federal arena and ~~the the~~ not the State. During the state proceedings Plantiff was versus the People of California of which the Office of the Attorney General represents.

Now Plantiff is versus Respondent as an individual versus an individual. The Respondent is not sued as a State entity, but as the individual holding title of Director of C.D.C.R. and this Plantiff feels and believe that she is not under the Attorney General's protection of representation.

The bias that is alleged by Plantiff is the financial behemoth that the Office of the Attorney General is with it Man Power against a Pro-Per petitioner. For the Attorney General the Representative of the State of California to bring to bear all the Resources and Man Power against a Federal writ Petitioner is and can only be seen as a Elephant stepping on a blade of grass. Especially when petitioner is no longer versus the California State or the United States per se.

Plantiff understands that this is a novel request in this type of proceedings, also by the scarity of case law on this topic. But Petitioner believes that their is a difference between the State of California and the Director of C.D.C.R. and if the difference is also viewed by this court then this claim by Plantiff is valid and entitled to relief from the brute force of the Goliath Office of the Attorney

General bringing that office with all it man power against Petitioner blocking Petitioner access to Due Process of the Law which is a Constitutional Right.

Plantiff believes that the Director of C.D.C.R. the Properly named Respondent in this Habeas action should be Personally Responsible for the necessary Responses to the Habeas Corpus case # CV 08 1516 by either Personally Responding or by using Personal funds to hire an attorney outside the Office of the Attorney General. State funds should be not used also by Director of C.D.C.R. because the California State funds is what creates the bias against Petitioner.

In Part Plantiff relys upon <u>Penal Code 1424</u> in that Recusal is warranted when Bias is Proven.

And in Part upon <u>28 USC § 455 and 144</u> as they relate to to Recusal to correct a Proven Bias against the Office of Attorney General.

Petitioner Prays that this Honorable Court grants this Request of Recusal to ensure that this Plantiff can call upon his Constitutional Right of Due Process of Law to gain Relief from the Miscarriages of Justice suffered in the lower court Proceedings without the Attorney General impulsive oppositional Reaction to this Plantiff.

I declare that the foregoing is true and correct to my belief and Knowledge.

Dated APRIL 6, 2008

Aaron L. Cooper E-28703
Aaron L. Cooper E28703
IN PRO. PER

MR. Aaron L. Cooper E-28703
K.V.S.P.-ASU2-159
P.O. Box 5102
Delano, Ca. 93216

Kern Valley State Prison
Ad-Seg Unit 2-North

BAKERSFIELD CA 933
MOJAVE CA

United State District Court
For the Northern District of California
450 Golden Gate AVE 16th floor
San Francisco, Ca 94102