Mr. Aaron L. Cooper E-28703
K.V.S.P.-ASU2-159
P.O. Box 5102
Delano, Ca. 93216

3-30-08

U.S. District Court for the
Northern District of California
450 Golden Gate Ave 16th floor
S.F., Ca 94102

C08-1516 SI

FILED
APR 0 7 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Court Clerk,

I Mailed a Writ of Habeas Corpus to your Court on 3-16-08 titled Cooper v. Woodford
Could you tell me if you recieved it and what is the case number?
I also placed the filing fee inside.
I'm asking these questions because I was unable to get a big enough envelope to place the 3 writ inside together. So I had to divide them within 4 envelope.

Sincerely,
Aaron Cooper

MR. Aaron L. Cooper E-28703
K.V.S.P.-ASU2-159
PO Box 5102
Delano, Ca 93216

[Postmark: BAKERSFIELD CA 933, MOJAVE CA, 04 APR 2008 PM 3 L]

United States District Court
For the Northern District of California
450 Golden Gate Ave 16th floor
San Francisco, Ca. 94102

Kern Valley State Prison
Ad-Seg Unit 2-North