Mr Aaron L Cooper
K.V.S.P.-A5U2-159
P.O. Box 5102
Delano, Ca 93216

7-30, 08

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca 94102

Case # CV 08-1516 SI

FILED
AUG 0 5 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Honorable Clerk
 I'm writing about the about cited case which was filed on 3-19-08 in your court.
 I was concerned about not recieving any notice or orders from your court in over 4 months. And I only based the concerned on the fact that when I was in your court last I recieved orders within 30 days.
 So I was wondering if you could let me know the status of my writ and whether I'm waitting on only the court's final ruling/order.

Sincerely
Aaron L Cooper

MR. Aaron L. Cooper E-28703
KVSP-A5U2-159
PO Box 5102
Delano, Ca 93216



Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

Legal Mail

Kern Valley State Prison
Ad-Seg Unit 2-North
C/O

