**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LYNDALE COOPER, | No. C 08-1516 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| JEANNE S. WOODFORD, | |
| Respondent. | |

Respondent has filed an <u>ex parte</u> application for a 30-day extension of time to respond to the petition for writ of habeas corpus. Having considered the application and the accompanying declaration of attorney Rene Chacon, the court GRANTS respondent's application. (Docket # 3.) Respondent must file and serve her response to the petition for writ of habeas corpus no later than **November 14, 2008**. Petitioner must file and serve his traverse no later than **December 31, 2008**.

IT IS SO ORDERED.

DATED: October 10, 2008

_____
SUSAN ILLSTON
United States District Judge