UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LYNDALE COOPER, | No. C 08-1516 SI (pr) |
| Petitioner, | **ORDER FOR SUPPLEMENTAL MATERIALS** |
| v. | |
| JEANNE S. WOODFORD, | |
| Respondent. | |

The court's evaluation of the petition for writ of habeas corpus would be aided by a copy of the transcript from petitioner's <u>first</u> trial. Respondent did submit a copy of that transcript with his answer in <u>Cooper v. McGrath</u>, No. C 02-5569 SI, but that transcript was lodged (rather than filed), and was discarded when the case file was sent to the court's long-term storage facility. The court requests that respondent provide another copy of the transcript from the first trial as an exhibit in this action. No later than **May 14, 2010**, respondent shall file a copy of the transcript from the first trial or a declaration explaining why that transcript cannot be provided.

IT IS SO ORDERED.

DATED: April 19, 2010

SUSAN ILLSTON
United States District Judge