UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LYNDALE COOPER, | No. C 08-1516 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JEANNE S. WOODFORD, | |
| Respondent. | |

The petition for writ of habeas corpus is denied on the merits.

IT IS SO ORDERED.

DATED: June 22, 2010

_____
SUSAN ILLSTON
United States District Judge